224

No. 59240.—A. N. Deringer, Inc., et al. v. United States, protests 172382–K, etc. (Ogdensburg).

Opinion by Ekwall, J.  In accordance with stipulation of counsel that the merchandise consists of beef or veal similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiffs was sustained.

Before the First Division, August 4, 1955

No. 59241.—Gorack Corp. et al. v. United States, protests 182955–K, etc. (New York).

Opinion by Wilson, J.  In accordance with stipulation of counsel that the merchandise consists of sheepskin waste scrap similar in all material respects to that the subject of *Fairfield Wool Co., Inc.* v. *United States* (33 Cust. Ct. 199, C. D. 1653), the items entered, or withdrawn from warehouse, for consumption prior to June 6, 1951, were held dutiable at 7½ percent under paragraph 1555, as modified by T. D. 51802, and the items entered, or withdrawn from warehouse, for consumption on and after June 6, 1951, were held dutiable at 4 percent under said paragraph, as modified by T. D. 52739.